Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller  
jazeller@zellerlegal.com

Brandon D. Sherr  
bsherr@zellerlegal.com

Telephone: 212.229.2249  
Facsimile: 212.229.2246

July 16, 2021

**<u>VIA ECF</u>**

Hon. Rachel P. Kovner, United States District Judge  
United States District Court for the Eastern District of New York  
Theodore Roosevelt United States Courthouse  
225 CADMAN PLZ E  
BROOKLYN, NY  11201-1832  
Kovner_Chambers@nyed.uscourts.gov

Re: *Duncan v. Biolite, Inc.*, 21 CV 02337 (RPK)(PK)

Dear Judge Kovner,

    I am counsel for the plaintiff in the above-referenced matter. I write to inform the Court that the parties have reached settlement terms and are currently drafting a settlement agreement.

    I respectfully request that all current deadlines be adjourned *sine die* and that the Court enter a thirty-day conditional order of discontinuance allowing either party to reopen this matter if the parties are unable to finalize the settlement agreement.

    I thank the Court for its time and consideration.

Respectfully submitted,

*Justin Zeller*

Justin A. Zeller